# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

V.  CASE NUMBER: 3:00CR210-004-FDW

EVERTON BARTLEY

THIS MATTER is before the Court on Defendant's Motion pursuant to the First Step Act, filed 08/19/2019, for Motion hearing.

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshals service is hereby ORDERED to transport and produce the body of EVERTON BARTLEY (USM# 16438-058), for motion hearing before the honorable Frank D. Whitney, in the Western District of North Carolina, Charlotte, North Carolina not later than December 9, 2019, and upon completion of the motion hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

IT IS SO ORDERED.

Signed: September 30, 2019

Frank D. Whitney
Chief United States District Judge