UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:00-cr-00210-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | |
| | ) | ORDER |
| EVERTON BARTLEY, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's "Motion to Reduce Sentence under the First Step Act of 2018," (Doc. No. 273). During the hearing on December 16, 2019, the Court learned of the case of United States v. Chambers, No. 19-7104, which is calendared for argument before the Fourth Circuit Court of Appeals on January 28, 2020. In light of the issues presented in that appeal and the issues presented before this Court in Defendant's instant motion, the Court finds abeyance in this matter is appropriate pending decision by the Fourth Circuit.

IT IS THEREFORE ORDERED that the Motion to Reduce Sentence (Doc. No. 273) is hereby held in abeyance pending decision in United States v. Chambers, No. 19-7104 (4th Circ.). Defendant shall file a supplemental memorandum within twenty-one (21) days from the mandate in the Chambers case, and the Government shall file a response thereto within fourteen (14) days of Defendant's supplemental brief. The Court will then act accordingly.

IT IS SO ORDERED.

Signed: December 16, 2019

Frank D. Whitney
Chief United States District Judge